IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY ALLEN MAYE | ) |
| | ) |
| v. | ) NO. 3-14-1615 |
| | ) JUDGE CAMPBELL |
| SOCIAL SECURITY | ) |
| ADMINISTRATION | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 14), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is DENIED, and the decision of the Social Security Administration is affirmed.

The Clerk is directed to close this file. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE